United States District Court
for the Western District of Michigan

_____

## REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
|  |  |  |

**PARTIES**      **Attendees**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:     Settled in full - Final paperwork will be filed by:
            Mediation continuing - Date of Next Session
            Not settled - Mediation Completed

Dated: _____       /s/ _____

                                        Mediator

Rev'd 8/2005