UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ROBERT GARDNER,

    Plaintiff,

v.

LANSING COMMUNITY COLLEGE and
THE MICHIGAN EDUCATION
ASSOCIATION, JULIE PETRY, and
BEVERLY BALIGAD,

    Defendant.

Case No. 1:10-cv-326

Hon. Robert J. Jonker

Mag. Judge Hugh W. Brenneman, Jr.

---

Richard A. Meier (P38204)
Attorney for Plaintiff
30300 Northwestern Highway, Suite 320
Farmington Hills, MI  48334
248-932-3500

William F. Young (P35656)
Shirlee M. Bobryk (P36919)
White Schneider Young & Chiodini, P.C.
Attorneys for Defendant Michigan
Education Association
2300 Jolly Oak Road
Okemos, MI  48864
517-349-7744

Scott L. Mandel (P33453)
Pamela C. Dausman (P64680)
Foster, Swift, Collins & Smith, P.C.
Attorneys for Defendants Lansing
Community College, Petry & Baligad
313 S. Washington Square
Lansing, MI  48933
517-371-8100
smandel@fosterswift.com
pdausman@fosterswift.com

## DEFENDANTS' MOTION TO COMPEL DISCOVERY

Defendants Lansing Community College, Julie Petry, and Beverly Baligad, through their attorneys, Foster Swift Collins & Smith PC, move pursuant to Fed. R. Civ. P. 37(a)(1)-(3) for an order compelling Plaintiff Robert Gardner to provide responses to Defendants' First Set of Interrogatories and Request for Production of Documents.

Consistent with Local Rule 7.1(d), Defendants requested, but did not obtain, concurrence in the relief sought. The undersigned telephoned Plaintiff's counsel on August 4, 2011,

1

explaining the nature of this motion and attempting to obtain concurrence in a detailed voicemail. No response has been received.

Respectfully submitted,

FOSTER SWIFT COLLINS & SMITH PC
Attorneys for Defendants

Dated: August 8, 2011    By:   /s/ Scott L. Mandel
                               Scott L. Mandel (P33453)
                               313 S. Washington Square
                               Lansing MI 48933
                               (517) 371-8185
                               smandel@fosterswift.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, I electronically filed the foregoing Motion to Compel Discovery with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s/ Scott L. Mandel
Scott L. Mandel (P33453)
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI 48933-2193
(517) 371-8161
smandel@fosterswift.com