UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GARDNER,

       Plaintiff,                              Case No. 1:10−cv−00326−RJJ

v.                                        Hon. Robert J. Jonker

LANSING COMMUNITY COLLEGE, et al.,

       Defendants.
_____/

## **ORDER**

     The deadline for filing a response to Defendant's Motion to Compel (docket # 43) is August 11, 2011.

     IT IS SO ORDERED.

Dated: August 10, 2011                         /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  United States District Judge